UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRI STATE MARBLE LLC,

Petitioner,

-v-

NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, INDUSTRY TRAINING FUND, SCHOLARSHIP FUND AND LEGAL FUND,

Respondent.

---

26-CV-9681 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 4, 2026, Respondent filed a notice of removal from New York state court of Petitioner's petition to stay arbitration. ECF No. 1. Unless and until the Court orders otherwise, Petitioner shall file any additional materials with which it intends to support its petition to stay by **December 1, 2026**; any opposition shall be filed by **December 15, 2026**; and any reply shall be filed by **December 22, 2026**. That said, the parties should confer and, if either side believes that the Court should handle this matter differently, adjust the foregoing briefing schedule, or hold a conference, promptly seek appropriate relief.

**Within two business days of the date of this Order**, Respondent shall serve on Petitioner a copy of this Order and the Court's Individual Rules and Practices in Civil Cases and file proof of such service on the docket. **Counsel for Petitioner shall file a notice of appearance on the docket within two business days of such service**. All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the SDNY ECF

Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: November 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge