UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRI STATE MARBLE LLC,

Petitioner,

-v-

NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, INDUSTRY TRAINING FUND, SCHOLARSHIP FUND AND LEGAL FUND,

Respondent.

26-CV-9681 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 20, 2026, Petitioner filed a motion to remand this case to New York state court. *See* ECF No. 8. Respondent shall file any opposition to the motion to remand **no later than December 7, 2026**. Any reply shall be filed **no later than December 14, 2026**. On the theory that the motion to remand should be decided first, the briefing schedule set forth in the Court's November 9, 2026 Order, *see* ECF No. 5, is adjourned *sine die*.

SO ORDERED.

Dated: November 23, 2026
New York, New York

JESSE M. FURMAN
United States District Judge